UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ALLEN JAMES STARKS,

    Petitioner,

v.                                     Case No. 5:12-cv-305-Oc-30PRL

WARDEN, FCC COLEMAN- USP I,

    Respondent.

**ORDER**

In an order dated August 24, 2012, the Court denied the Petition in this case because Petitioner could not show that he was entitled to review of his claims under the savings clause of §2255. (Doc. 11). Now before the Court is Petitioner's Motion for Reconsideration. (Doc. 12). Upon due consideration, the Motion for Reconsideration is **DENIED**. Petitioner has not raised any new arguments warranting reconsideration or amendment of the judgment.

    **IT IS SO ORDERED.**

    **DONE** and **ORDERED** in Tampa, Florida on October 24, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

cc: Petitioner
    Counsel of Record